Legal Solutions
Pamela Lamica,
235 E 3rd Ave Suite C
Kettle Falls, WA 99141
(509) 738-9529

Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | ) Case No.: 24-01702-FPC13 |
| | ) |
| HOAG, JACEY DONOVAN, | ) MODIFICATION OF CHAPTER 13 PLAN and |
| | ) CERTIFICATE OF NO ADVERSE EFFECT |
|      Debtor. | ) |
| | ) |

Debtor Jacey Donovan Hoag, by and through counsel Pamela Lamica, modifies the Chapter 13 Plan as follows:

1. Plan Part 8, Nonstandard Provision 1 (House), shall read, in pertinent part, to only change the date of June 15, 2026, to August 14, 2026:

    1. <u>House</u>

    Debtor owns the property at 1631 Z Bonanza Hill Road N., Evans, WA. Debtor shall keep the property listed for sale with a licensed realtor. The Debtor shall either file a motion for approval of a proposed sale or, alternatively, a motion for a court-administered auction, with such motion filed no later than August 14, 2026.

Dated: 6-15-26                          /s/ Pamela Lamica

                                              Pamela Lamica,
                                              Attorney for Debtor

Dated: 6-15-26                          /s/ Todd Reuter

                                              Todd Reuter,
                                              Attorney for The Pinch Family Investments HC, LLC

Dated: 6-15-26                        /s/ Michael Todd

                                              Michael Todd
                                              Chapter 13 Trustee

## CERTIFICATE OF DEBTOR'S ATTORNEY

There are no changes to the plan other than as provided above. No unsecured creditors will be adversely affected by the modification.

Dated:6-15-26                     /s/ Pamela Lamica

_____

Pamela Lamica,
Attorney for Debtor

2